IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD RAY MCLEOD,<br><br>Defendant. | CR 22–24–M–DWM<br><br><br>ORDER |

This matter comes before the Court on the United States' Motion for a Preliminary Order of Forfeiture. (Doc. 22.) Defendant Donald Ray McLeod appeared before the Court on July 26, 2022, and entered a plea of guilty to the Indictment. (Doc. 20). He also admitted the forfeiture allegation. McLeod's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 21 U.S.C. § 853(a)(1) and (2) and 18 U.S.C. § 924(d). Therefore,

IT IS ORDERED that the government's motion, (Doc. 22), is GRANTED.

IT IS FURTHER ORDERED that:

McLeod's interest in the following property is forfeited to the United States in accordance with 28 U.S.C. § 853(a)(1) and (2) and 18 U.S.C. § 924(d):

- $6,070 U.S. Currency;
- Glock 42 .380 pistol, SN ADVW225, with magazine;
- Six rounds of ammunition

1

The United States Marshals Service, the Homeland Security Investigations, and/or a designated sub-custodian, are directed to seize the property subject to forfeiture and further to make a return as provided by law;

The United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

Upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 1st day of August, 2022.

_____
Donald W. Molloy, District Judge
United States District Court